UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION
------------------------------------------------------------------x
RITA MAE PERKINS, Individually and as Personal
Representative of the Estate of WAYNE PHILIP
PERKINS, deceased.

                                     Case No. 1:13-CV-8561

             Plaintiffs

v.

AIR & LIQUID SYSTEMS CORPORATION, et al.,

             Defendants.
------------------------------------------------------------------x

**DEFENDANT HONEYWELL INTERNATIONAL INC.,
f/k/a ALLIEDSIGNAL, INC., as successor-in-interest to
The Bendix Corporation**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Honeywell International Inc., f/k/a AlliedSignal, Inc., as successor-in-interest to The Bendix Corporation, states that it does not have any parent corporation, nor does any publicly held company own 10% or more of the stock of Honeywell International Inc.

Dated: New York, New York
         May 22, 2014

                                      McDERMOTT WILL & EMERY LLP

                                      By: Donald Pugliese Esq. (9756)
                                      340 Madison Avenue
                                      New York, New York 10173
                                      *Attorneys for Honeywell International Inc.,*
                                      *f/k/a AlliedSignal, Inc., as successor-in-*
                                      *interest to The Bendix Corporation*