UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **RITA MAE PERKINS, Individually and as Personal Representative of the Estate of WAYNE PHILIP PERKINS, deceased,**<br><br>        Plaintiffs,<br>    v.<br><br>**AIR & LIQUID SYSTEMS CORPORATION As successor by merger to BUFFALO PUMPs, INC., et al.**<br><br>        Defendants. | CIVIL ACTION NO: 13-cv-08561<br><br><br>NOTICE OF APPEARANCE OF DEFENDANT EATON CORPORATION, AS SUCCESSOR-IN-INTEREST TO EATON ELECTRICAL INC. AND CUTLER-HAMMER, INC. |

PLEASE TAKE NOTICE that that Defendant Eaton Corporation, as successor-in-interest to Eaton Electrical Inc. and Cutler-Hammer, Inc. (Improperly pled as Eaton Electrical, Inc., as successor-in-interest to Cutler-Hammer, Inc.), through the undersigned attorneys, hereby appears in this action.

         /s/ Robert M. Gilmartin, Jr.
**ROBERT M. GILMARTIN, JR.**
**McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**
1300 Mount Kemble Avenue
P. O. Box 2075
Morristown, New Jersey 07962
973-993-8100
Attorneys for Defendant Eaton Corporation, as successor-in-interest to Eaton Electrical Inc. and Cutler-Hammer, Inc.
Email: rgilmartin@mdmc-law.com

Dated:  July 2, 2014

2330693

CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2014, a true and correct copy of the foregoing foregoing "NOTICE OF APPEARANCE OF DEFENDANT EATON CORPORATION, AS SUCCESSOR-IN-INTEREST TO EATON ELECTRICAL INC. AND CUTLER-HAMMER, INC." was served via the Court's ECF system upon the counsel of record in this matter.

      /s/ Robert M. Gilmartin, Jr.
**ROBERT M. GILMARTIN, JR.**
**McELROY, DEUTSCH, MULVANEY**
**& CARPENTER, LLP**
Wall Street Plaza
88 Pine Street, 24th Floor
New York, NY 10005
Telephone: (212) 483 9490
Facsimile:  (212) 483-9129
Attorneys for Defendant Eaton Corporation, as successor-in-interest to Eaton Electrical Inc. and Cutler-Hammer, Inc.
Email: rgilmartin@mdmc-law.com

Dated:  July 2, 2014

2330693