UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RITA MAE PERKINS, Individually and as personal
Representative of the Estate of Wayne Philip Perkins
Deceased,

                    Plaintiffs,

                      CASE No.: 1:13-cv-08561-CM

                v.          **NOTICE OF APPEARANCE**

AIR & LIQUID SYSTEMS
CORPORATION as successor by merger to
Buffalo Pump Inc., et al.,
                    Defendants,

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for defendant Armstrong International, Inc.

Dated: July 9, 2014

                    By: /s/ Thomas M. Beneventano
                      Thomas M. Beneventano (TB-7885)
                      Attorneys for Armstrong International Inc.
                      3 Barker Avenue, 2nd Floor
                      White Plains, New York, 10601
                      Lasoben1@aol.com
                      (914) 682-3300 Fax (914) 682-3740

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 9th day of July, 2014, a copy of the forgoing Notice of Appearance of defendant Armstrong International Inc. was filed electronically.

/s/ Thomas M. Beneventano
Thomas M. Beneventano (TB-7885)
Attorneys for Armstrong International Inc.
3 Barker Avenue, 2nd Floor
White Plains, New York, 10601
Lasoben1@aol.com
(914) 682-3300  Fax (914) 682-3740