UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RITA MAE PERKINS, Individually and as personal Representative of the Estate of Wayne Philip Perkins Deceased,

                  Plaintiffs,

                  v.

AIR & LIQUID SYSTEMS CORPORATION, as successor by merger to Buffalos Pumps Inc., et al.,
                  Defendants,

CASE No.: 1:13-cv-08561-CM

---

## RULE 7.1 DISCLOSURE STATEMENT

Defendant Armstrong International, Inc. files its Corporate Disclosure Statement in accordance with Federal Rule of Civil Procedure 7.1 as follows:

1. Armstrong International, Inc. is a privately held corporation. No publicly held corporation owns more than 10% or more of its stock.

2. Other than the entities listed and the parties to this lawsuit, there are no other interested parties known at this time.

Dated: July 9, 2014

                  By: /s/ Thomas M. Beneventano
                  Thomas M. Beneventano (TB-7885)
                  Attorneys for Armstrong International Inc.
                  3 Barker Avenue, 2nd Floor
                  White Plains, New York, 10601
                  Lasoben1@aol.com
                  (914) 682-3300 Fax (914) 682-3740