UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- x

RITA MAE PERKINS, Individually and as Personal Representative of the Estate of WAYNE PHILIP PERKINS, deceased,

                      Plaintiff(s),

      -against-

AIR & LIQUID SYSTEMS CORPORATION, as successor by merger to BUFFALO PUMPS, INC., *et al.*, including VIKING PUMP, INC.,

                      Defendants.
--------------------------------------------------------------- x

**Civil Action No. 1:13-cv-08561-CM**

**(Related case No. 190350/13)**

**NOTICE OF APPEARANCE**

      PLEASE TAKE NOTICE that defendant Viking Pump, Inc., through its undersigned attorneys, hereby appears in this action.

Date:  New York, New York
          July 9, 2014

                                     MALABY & BRADLEY, LLC

                                     BY: _____/S/_____
                                          Steve Novakidis, Esq.
                                          150 Broadway, Suite 600
                                          New York, New York 10038
                                          (212) 791-0285
                                          Attorneys for Defendant
                                          Viking Pump, Inc.

## CERTIFICATION OF SERVICE

I hereby certify that on the 9th of July, 2014, a copy of the foregoing Notice of Appearance of Defendant Viking Pump, Inc. has been served via ECF upon all counsel of record in the Court's electronic filing system.

                                                          /S/
                                          Steve Novakidis