UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RITA MAE PERKINS, Individually and as Personal Representative of the Estate of WAYNE PHILIP PERKINS, Deceased,

            Plaintiff,

vs.

AIR & LIQUID SYSTEMS CORPORATION as successor by merger to BUFFALO PUMPS, INC., et. al.

            Defendants.

Civil Action No.:

1:13-CV-08561 – CM – RLE

---

### DEFENDANT THE WILLIAM POWELL COMPANY'S CERTIFICATION OF INTERESTED PARTIES

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

    Pursuant to L.R. 7.1-1 "Certification As to Interested Parties" and Federal Rules of Civil Procedure, Rule 7.1, the undersigned, counsel of record for Defendant The Wm. Powell Company, a private, non-governmental party, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

    Defendant THE WM. POWELL COMPANY is not a publicly held entity. Defendant THE WM. POWELL COMPANY has no parent corporation and no other publicly held corporation holds more than 10% of its stock.

Dated: July 10, 2014                CLEMENTE MUELLER, P.A.

                                    BY:   /s/ Jessie Christine Basner
                                              JESSIE CHRISTINE BASNER, ESQ.
                                              Attorneys for Defendant
                                              THE WILLIAM POWELL COMPANY

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing was served by electronic mail using the court's electronic filing system or by mail upon any parties unable to accept electronic filing on this the 10th day of July, 2014.

      Dated: July 10, 2014

                                                  /s/ Jessie Christine Basner
                                                Jessie Christine Basner, Esq.
                                                Clemente Mueller, P.A.
                                                222 Ridgedale Avenue, 2nd Floor
                                                Cedar Knolls, NJ 07927
                                                Telephone: (973) 455-8008
                                                Facsimile: (973) 455-8118
                                                Email: jbasner@cm-legal.com
                                                *Counsel for Plaintiff*