UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Rita Mae Perkins** )<br>*individually and as personal representative of* )<br>*the Estate of Wayne Philip Perkins, decease,* )<br>           ) <br>           **Plaintiff,** )<br>           )<br>    v.   )<br>           )<br>**Air & Liquid Systems Corporation, et al.** )<br>           )<br>           **Defendants** ) | **Civil Action No.** 1:13-cv-08561-CM |

## ENTRY OF APPEARANCE

Kindly enter my appearance on behalf of Defendant, **NASH ENGINEERING COMPANY,** in the above-captioned matter.

Papers may be served at the address set forth below.

D<small>ATED</small>: J<small>ULY</small> 15, 2014           By:    *KERRYANN M. COOK, ESQ.*
                                                            Kerryann M. Cook, Esquire
                                                            M<small>C</small>G<small>IVNEY</small> & K<small>LUGER</small>, P.C.
                                                            80 Broad Street, 23rd Floor
                                                            New York, New York 10004
                                                            Phone: 212-509-3456
                                                            Fax: 212-509-4420
                                                            Email: Kcook@mklaw.us.com
                                                            Attorneys for Defendant,
                                                            **NASH ENGINEERING COMPANY**.

{N0317518-1}