# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Rita Mae Perkins** )<br>*individually and as personal representative of* )<br>*the Estate of Wayne Philip Perkins, decease,* )<br> )<br>**Plaintiff,** )<br> )<br>v. )<br> )<br>**Air & Liquid Systems Corporation, et al.** )<br> )<br>**Defendants** ) | **Civil Action No.** 1:13-cv-08561-CM |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Defendant, Nash Engineering Co., states the following.

The nongovernmental corporate party, Nash Engineering Co., in the above-captioned civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

D<small>ATED</small>: J<small>ULY</small> 14, 2014        By:   *KERRYANN M. COOK, ESQ.*
                                                           Kerryann M. Cook, Esquire
                                                           M<small>C</small>G<small>IVNEY</small> & K<small>LUGER</small>, P.C.
                                                           80 Broad Street, 23rd Floor
                                                           New York, New York 10004
                                                           Phone:  212-509-3456
                                                           Fax:  212-509-4420
                                                           Email:  kcook@mklaw.us.com
                                                           Attorneys for Defendant,
                                                            THE NASH ENGINEERING CO., INC.