UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------
RITA MAE PERKINS, Individually
and as Personal Representative,    Plaintiff,

-against-

AIR & LIQUID SYSTEMS, ET AL.    Defendant.
--------------------------------------------------------

Case No. 1:13-CV-08561 (CM) (RLE)

NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending            [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for:

**RAGHU N. BANDLAMUDI**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: RB7436     My State Bar Number is 2651909

I am,
[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Cullen and Dykman LLP
             FIRM ADDRESS: 177 Montague Street, Brooklyn NY 11201
             FIRM TELEPHONE NUMBER: 718-780-0095
             FIRM FAX NUMBER: 718-935-1509

NEW FIRM:    FIRM NAME: Cullen and Dykman LLP
             FIRM ADDRESS: 44 Wall Street, 15th Fl. New York, NY 10005
             FIRM TELEPHONE NUMBER: 212-701-4128
             FIRM FAX NUMBER: 212-742-2765

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: July 17, 2014

_____
ATTORNEY'S SIGNATURE