UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X
Rita Mae Perkins, individually and as personal
representative of the Estate of Wayne Philip Perkins,
deceased,

               Plaintiff(s),                      13   Civ.  8561  (CM) (RLE)

ORDER OF REFERENCE
      -against-                                  TO A MAGISTRATE JUDGE

Air & Liquid Systems Corporation, et al.,
               Defendant(s).
_____X

The above entitled action is referred to the Honorable Ronald L. Ellis, United States Magistrate Judge for the following purpose(s):

\_\_\_\_\_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

           Consent under 28 U.S.C. §636(c) for all purposes (including trial)

✓ Specific Non-Dispositive ~~Motion~~/Dispute:*

Discovery – all disputes

\_\_\_\_\_ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

\_\_\_\_\_ Habeas Corpus

\_\_\_\_\_ Social Security

\_\_\_\_\_ Settlement*

\_\_\_\_\_ Inquest After Default/Damages Hearing

\_\_\_\_\_ Dispositive Motion (i.e., motion requiring a Report and Recommendation

Particular Motion:_____

All such motions:_____

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/4/14

* Do not check if already assigned for general pretrial.

Dated: 8/4/14
New York, New York

SO ORDERED:

_____
Hon. Colleen McMahon
United States District Judge