UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RITA MAE PERKINS, Individually and as Personal Representative of the Estate of WAYNE PHILIP PERKINS, deceased,<br><br>                              Plaintiff,<br><br>vs.<br><br>AIR & LIQUID SYSTEMS CORPORATION as successor by merger to BUFFALO PUMPS, INC., et al.,<br><br>                              Defendant(s). | Civil Action No.<br>13 Civ. 08561-CM |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

RITA MAE PERKINS, Individually and as Personal Representative of the Estate of WAYNE PHILIP PERKINS, deceased, Plaintiff.

13 Civ. 08561-CM

Respectfully Submitted,

Date:   August 7, 2014                    *s/ARStraus*
                                          Alex R. Straus, Bar No. AS-1690
                                          Motley Rice LLC
                                          600 Third Avenue, Suite 2101
                                          New York, New York 10016
                                          Email: a@motleyrice.com
                                          Phone: 212-577-0040
                                          Fax: 212-577-0054