UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RITA MAE PERKINS,

                        Plaintiff,

            - against -

AIR & LIQUID SYSTEMS CORPORATION, et al.,

                        Defendants.

ORDER

13-CV-8561 (CM) (RLE)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 8-7-14

**RONALD L. ELLIS, United States Magistrate Judge:**

      **IT IS HEREBY ORDERED** that the Parties appear for a TELEPHONIC CONFERENCE with the Court on **August 12, 2014 at 10:00 a.m.** On the day of the conference, the Parties will jointly place a telephone call to the chambers of Judge Ronald L. Ellis, 500 Pearl Street, Room 1970, at **212-805-0563**. Upon receipt of this order, if you need further information, direct inquiries to Rupa Shah, 212-805-0242.

SO ORDERED this 7th day of August 2014
New York, New York

*Ronald Ellis*

The Honorable Ronald L. Ellis
United States Magistrate Judge