UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
:
RITA MAE PERKINS, Individually and as Personal :
Representative of the Estate of WAYNE PHILIP : **NOTICE OF APPEARANCE**
PERKINS, Deceased, :
:
:
Plaintiff, : 1:13-cv-08561
:
:
-against- :
:
:
AIR & LIQUID SYSTEMS CORPORATION, :
 *et al.*, :
:
:
Defendants. X
------------------------------------------------------------------------

      PLEASE TAKE NOTICE THAT Vivian E. Kim, Esq. of the law firm of Morgan, Lewis & Bockius LLP hereby appears on behalf of Defendant Elliott Company in the above-captioned action.

      I certify that I am admitted to practice before this Court.

Dated:  New York, New York
        August 11, 2014

                                Respectfully submitted,

                                /s/ Vivian E. Kim
                                  Vivian E. Kim

                              MORGAN, LEWIS & BOCKIUS LLP
                              101 Park Avenue
                              New York, NY  10178
                              Tel:  (212) 309-6000
                              Fax: (212) 309-6001
                              vkim@morganlewis.com

DB1/ 80296216.1