UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
:
RITA MAE PERKINS, Individually and as Personal :
Representative of the Estate of WAYNE PHILIP : **NOTICE OF APPEARANCE**
PERKINS, Deceased, :
:
:
Plaintiff, : 1:13-cv-08561
:
:
:
-against- :
:
:
AIR & LIQUID SYSTEMS CORPORATION, :
 *et al.*, :
:
:
Defendants. X
------------------------------------------------------------------------

      PLEASE TAKE NOTICE THAT Mary Claire Dekar, Esq. of the law firm of Morgan, Lewis & Bockius LLP hereby appears on behalf of Defendant Elliott Company in the above-captioned action.

      I certify that I am admitted to practice before this Court.

Dated:  New York, New York
       August 11, 2014

                                              Respectfully submitted,

                                           /s/ Mary Claire Dekar
                                              Mary Claire Dekar

                                           MORGAN, LEWIS & BOCKIUS LLP
                                           101 Park Avenue
                                           New York, NY  10178
                                           Tel:  (212) 309-6000
                                           Fax: (212) 309-6001
                                           cdekar@morganlewis.com