UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

Wayne Philip Perkins

                Plaintiff,

Case No. 1:13-cv-08561-CM

-against-

Liquid Systems Corporation, et al,

                Defendant.
--------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending         [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Lisa M. Pascarella**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: LP1867     My State Bar Number is 2240455

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Forman Perry Watkins Krutz & Tardy, LLP
                FIRM ADDRESS: 328 Newman Springs Road, Red Bank, NJ 07701
                FIRM TELEPHONE NUMBER: 732-852-4400
                FIRM FAX NUMBER: 732-852-4401

NEW FIRM:    FIRM NAME: Pascarella DiVita Lindenbaum & Tomaszewski, PLLC
                FIRM ADDRESS: 2137 Route 35, Suite 290, Holmdel, NJ 07733
                FIRM TELEPHONE NUMBER: 732-837-9019
                FIRM FAX NUMBER: 732-213-2380

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: August 21, 2014

                                                                                       ATTORNEY'S SIGNATURE