**THOMPSON HINE**

ATLANTA   CLEVELAND   DAYTON   WASHINGTON, D.C.
CINCINNATI   COLUMBUS   NEW YORK

September 5, 2014

*Via ECF filing*

Honorable Ronald L. Ellis
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
FILED: 9-5-14

Re:   *Rita Mae Perkins, Individually and as Personal Representative of the Estate of Wayne Philip Perkins, deceased vs. Air & Liquid Systems Corporation, et al.,*
United States District Court for the Southern District of New York
Case No. 1:13-cv-08561 (CM) (RLE)

**Letter-Request for Adjournment of Discovery Briefing**

Dear Magistrate Judge Ellis:

Thompson Hine represents defendant Maersk Line, Limited ("Maersk") in the above matter. During a telephonic proceeding held before your Honor on August 12, 2014, involving only plaintiff and Maersk, your Honor, among other things, directed the parties to simultaneously submit letter-briefs on September 8, 2014 regarding the discoverability of plaintiff's bankruptcy trust filings, including Proofs of Claim forms and associated claim submissions.

Plaintiff's counsel advised through a phone call and email yesterday afternoon, September 4, 2014, that they will now agree to voluntarily provide these requested materials. See, Email from John Herrick, attached. Accordingly, MLL respectfully requests that this discovery motion, relating specifically and only to defendant's request for plaintiff's bankruptcy trust filings, including Proofs of Claim forms and associated claim submissions, be removed from the court's calendar. MLL respectfully reserves the right to re-calendar this motion if plaintiff does not follow through on her commitments in a timely manner.

Respectfully,

Ruthe Nepf
*Counsel for Defendant Maersk Line, Limited*

Attachment

**SO ORDERED**

*Ronald Ellis* 9-5-14

**RONALD L. ELLIS   U.S.M.J.**

cc:   All Counsel of Record (via ECF filing)

THOMPSON HINE LLP       335 Madison Avenue          www.ThompsonHine.com
ATTORNEYS AT LAW        12th Floor                  Phone: 212.344.5680
                        New York, New York 10017-4611   Fax: 212.344.6101

| | |
|---|---|
| From: | Herrick, John <jherrick@motleyrice.com> |
| Sent: | Thursday, September 04, 2014 3:07 PM |
| To: | Nepf, Ruthe |
| Cc: | Straus, Alex; Lambert, Dee |
| Subject: | Perkins |

Looks like we had a miscommunication on my end. I thought supplemental 'rogs dealt with Bankruptcy claim issues, but they did not. To reiterate, we will provide copies of the claim forms we have and authorizations for you to get the ones we don't I will also give you a list of the trusts involved. With that, I'll hold off on supplementing again until we resolve your other issues.

**John E. Herrick** | Attorney at Law | Motley Rice LLC
28 Bridgeside Blvd. | Mt. Pleasant, SC 29464 | jherrick@motleyrice.com
o. 843.216.9100 | **c.** 843.834.4733 | **f.** 843.216.9450

Confidential & Privileged

Unless otherwise indicated or obvious from its nature, the information contained in this communication is attorney-client privileged and confidential information/work product. This communication is intended for the use of the individual or entity named above. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies--electronic, paper or otherwise--which you may have of this communication.

1