UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x   13 Civ. 08561
                                                                      (CM) (RLE)
RITA MAE PERKINS, Individually and as Personal
Representative of the Estate of WAYNE PHILIP
PERKINS, deceased,

                          Plaintiff,            **Rule 7.1 Disclosure**

- against –

AIR & LIQUID SYSTEMS CORPORATION, as
Successor by merger to Buffalo Pumps, Inc.,
ELECTROLUX HOME PRODUCTS, INC., as
Successor in interest to Copes-Vulcan, Inc., et al

                          Defendants.
------------------------------------------------------------------x

      Pursuant to FRCP Rule 7.1, Electrolux Home Products, Inc., ("EHP"), a Delaware corporation that is a wholly owned subsidiary of Electrolux Holdings, Inc.  Both corporations are wholly-owned subsidiaries of AB Electrolux, a company organized under the laws of Sweden.  AB Electrolux is a publicly traded company on the Stockholm and London stock exchanges.  AB Electrolux is not traded on any U.S. stock exchange.  EHP is believed to be a defendant in this case for its former Copes-Vulcan business.

Dated: White Plains, New York
       September 8, 2014

                          HODGES WALSH MESSEMER
                          & MOROKNEK, LLP

                          George S. Hodges, Esq. (4573)
                          Hodges Walsh Messemer & Moroknek, LLP
                          Attorneys for Defendant, Electrolux Home
                          Products, Inc.
                          55 Church St., Ste. 211
                          White Plains, NY  10601
                          Tel. (914) 385-6000

TO: Motley Rice, LLC
Attorneys for Plaintiff
275 Seventh Ave., 2nd Fl
New York, NY 10001
(212) 577-0041