UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x   13 Civ. 08561
                                                              (CM) (RLE)

RITA MAE PERKINS, Individually and as Personal
Representative of the Estate of WAYNE PHILIP
PERKINS, deceased,

                        Plaintiff,                    **Rule 7.1 Disclosure**

- against –

AIR & LIQUID SYSTEMS CORPORATION, as
Successor by merger to Buffalo Pumps, Inc.,
SPIRAX SARCO, INC., et al

                        Defendants.
-----------------------------------------------------------------------x

      Pursuant to FRCP Rule 7.1, Spirax Sarco, Inc. is a Delaware Corporation that is headquartered in the State of South Carolina. Spirax Sarco, Inc. is a subsidiary of Sarco International Corporation, a Delaware corporation, which is a subsidiary of Spirax-Sarco Investments LTD. Spirax-Sarco Investments, LTD, is a subsidiary of Spirax–Sarco Engineering, PLC which is based in the United Kingdom and is publicly traded on the London Stock Exchange.

Dated: White Plains, New York
       September 8, 2014

                                  HODGES WALSH MESSEMER
                                  & MOROKNEK, LLP

                                  George S. Hodges, Esq. (4573)
                                  Hodges Walsh Messemer & Moroknek, LLP
                                  Attorneys for Defendant, Spirax Sarco, Inc.
                                  55 Church St., Ste. 211
                                  White Plains, NY 10601
                                  Tel. (914) 385-6000

TO:   Motley Rice, LLC
Attorneys for Plaintiff
275 Seventh Ave., 2nd Fl
New York, NY 10001
(212) 577-0041