UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------x   13 Civ. 08561
                                                                          (CM) (RLE)
RITA MAE PERKINS, Individually and as Personal
Representative of the Estate of WAYNE PHILIP
PERKINS, deceased,

                         Plaintiff,              **Rule 7.1 Disclosure**

- against –

AIR & LIQUID SYSTEMS CORPORATION, as
Successor by merger to Buffalo Pumps, Inc.,
SPIRAX SARCO, INC., et al

                         Defendants.
----------------------------------------------------------------------x

      Pursuant to FRCP Rule 7.1, Spirax Sarco, Inc. is a Delaware Corporation that is headquartered in the State of South Carolina. Spirax Sarco, Inc. is a subsidiary of Sarco International Corporation, a Delaware corporation, which is a subsidiary of Spirax-Sarco Investments LTD. Spirax-Sarco Investments, LTD, is a subsidiary of Spirax–Sarco Engineering, PLC which is based in the United Kingdom and is publicly traded on the London Stock Exchange.

Dated: White Plains, New York
       September 8, 2014

                                      HODGES WALSH MESSEMER
                                      & MOROKNEK, LLP
                                      _____
                                      George S. Hodges, Esq. (4573)
                                      Hodges Walsh Messemer & Moroknek, LLP
                                      Attorneys for Defendant, Spirax Sarco, Inc.
                                      55 Church St., Ste. 211
                                      White Plains, NY  10601
                                      Tel. (914) 385-6000

TO:   Motley Rice, LLC
       Attorneys for Plaintiff
       275 Seventh Ave., 2nd Fl
       New York, NY 10001
       (212) 577-0041

**VIA FIRST CLASS MAIL**

STATE OF NEW YORK    )
                    SS.:)
COUNTY OF WESTCHESTER )

ANNA DITROIA being duly sworn, deposes and says:

I am employed by the law firm of HODGES WALSH MESSEMER & MOROKNEK, LLP, counsel for Defendant in the above action and I am over the age of 18 years and I am not a party to this action. On September 10, 2014 I served a true copy of the annexed RULE 7.1 DISCLOSURE in the following manner: by mailing same in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York addressed to the last known address of all attorneys in this action as indicated below:

TO:

Motley Rice, LLC
Attorneys for Plaintiff
275 Seventh Ave., 2nd Fl
New York, NY 10001
(212) 577-0041

_____
Anna DiTroia

Sworn to before me this
10th Day of September 2014

_____
Notary Public

YELENA V. STIFEYEVA
Notary Public, State of New York
No. 01ST6226700
Qualified in WESTCHESTER County
Commission Expires AUGUST 16, 2018