UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x   13 Civ. 08561
                                                                            (CM) (RLE)
RITA MAE PERKINS, Individually and as Personal
Representative of the Estate of WAYNE PHILIP
PERKINS, deceased,

                                    Plaintiff,               **Rule 7.1 Disclosure**

- against –

AIR & LIQUID SYSTEMS CORPORATION, as
Successor by merger to Buffalo Pumps, Inc.,
ELECTROLUX HOME PRODUCTS, INC., as
Successor in interest to Copes-Vulcan, Inc., et al

                                    Defendants.
------------------------------------------------------------------------x

       Pursuant to FRCP Rule 7.1, Electrolux Home Products, Inc., ("EHP"), a Delaware corporation that is a wholly owned subsidiary of Electrolux Holdings, Inc. Both corporations are wholly-owned subsidiaries of AB Electrolux, a company organized under the laws of Sweden. AB Electrolux is a publicly traded company on the Stockholm and London stock exchanges. AB Electrolux is not traded on any U.S. stock exchange. EHP is believed to be a defendant in this case for its former Copes-Vulcan business.

Dated: White Plains, New York
        September 8, 2014

                                        HODGES WALSH MESSEMER
                                        & MOROKNEK, LLP

                                        George S. Hodges, Esq. (4573)
                                        Hodges Walsh Messemer & Moroknek, LLP
                                        Attorneys for Defendant, Electrolux Home
                                        Products, Inc.
                                        55 Church St., Ste. 211
                                        White Plains, NY  10601
                                        Tel. (914) 385-6000

TO:   Motley Rice, LLC
      Attorneys for Plaintiff
      275 Seventh Ave., 2nd Fl
      New York, NY 10001
      (212) 577-0041

**VIA FIRST CLASS MAIL**

STATE OF NEW YORK        )
                                              SS.:)
COUNTY OF WESTCHESTER )

ANNA DITROIA being duly sworn, deposes and says:

I am employed by the law firm of HODGES WALSH MESSEMER & MOROKNEK, LLP, counsel for Defendant in the above action and I am over the age of 18 years and I am not a party to this action. On September 10, 2014 I served a true copy of the annexed RULE 7.1 DISCLOSURE in the following manner: by mailing same in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York addressed to the last known address of all attorneys in this action as indicated below:

TO:

    Motley Rice, LLC
    Attorneys for Plaintiff
    275 Seventh Ave., 2nd Fl
    New York, NY 10001
    (212) 577-0041

_____
Anna DiTroia

Sworn to before me this
10 Day of September 2014

_____
Notary Public

YELENA V. STIFEYEVA
Notary Public, State of New York
No. 01ST6226700
Qualified in WESTCHESTER County
Commission Expires AUGUST 16, 2018