UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RITA MAE PERKINS, Individually and as Personal Representative of the Estate of WAYNE PHILIP PERKINS, deceased,

            Plaintiff,

vs.

AIR & LIQUID SYSTEMS CORPORATION as successor by merger to BUFFALO PUMPS, INC., et al.,

            Defendant(s).

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/1/14
```

Civil Action No.
13 Civ. 08561-CM

## ORDER FOR ADMISSION PRO HAC VICE

Applicant has declared that he is a member of good standing of the bar of the states of South Carolina and Maryland; and that his contact information is as follows:

| | |
|---|---|
| Applicant's Name: | John E. Herrick |
| Firm Name: | Motley Rice LLC |
| Address: | 28 Bridgeside Boulevard |
| | Mt. Pleasant, SC 29464 |
| Telephone: | 843-216-9000 |
| Facsimile: | 843-216-9450 |
| Email: | jherrick@motleyrice.com |

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for plaintiff in the above titled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 10/1/2014

_____
United States District ~~Magistrate Judge~~