

# McGIVNEY M&K KLUGER, P.C.

www.mcgivneyandkluger.com

80 BROAD STREET, 23RD FLOOR
NEW YORK, NEW YORK 10004
(212) 509-3456 – TELEPHONE
(212) 509-4420 – FACSIMILE

October 10, 2014

Honorable Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    ***Wayne Perkins v. Air & Liquid Systems Corporation, et al.***
                Index No.: 1:13-CV-08561

Dear Judge Colleen:

    We hereby withdraw our Motion for Summary Judgment to Dismiss (Doc. #119) on behalf of our client, SVI Corporation since Plaintiff's counsel has signed a Stipulation of Discontinuance.

    Should Your Honor have any questions, issues or concerns regarding the above, please do not hesitate to contact the undersigned.

                                  Sincerely,

                                  McGivney & Kluger, P.C.

                                  *Lee D. Schneider*
                                  Lee D. Schneider, Esq.

LDS/dxa

| FLORHAM PARK, NJ | FT LAUDERDALE, FL | HARTFORD, CT | NEW YORK, NY | PHILADELPHIA, PA |
|---|---|---|---|---|
| (973) 822-1110 | (954) 848-3681 | (860) 404-3000 | (212) 509-3456 | (215) 557-1990 |
| SAN JOSE, CA | SPARTA, NJ | SYRACUSE, NY | WALNUT CREEK, CA | WILMINGTON, DE |
| (408) 279-8844 | (973) 726-4958 | (315) 473-9648 | (925) 947-1300 | (302) 656-1200 |

{N0355047-1}