McMahon, C.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RITA MAE PERKINS, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF WAYNE PHILIP PERKINS, DECEASED,<br><br>Plaintiffs,<br><br>-against-<br><br>AIR & LIQUID SYSTEMS CORPORATION, *et al.*<br><br>Defendants. | Civil Action No. 1:13-cv-08561-CM<br><br>Hon. Colleen McMahon<br><br>STIPULATION OF DISCONTINUANCE WITH PREJUDICE AS TO DEFENDANT SVI CORPORATION, ONLY |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for the parties, to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person nor a party has an interest in the subject matter of the action, the above entitled section by and the same hereby is discontinued with prejudice as to Defendant, **SVI CORPORATION**, including all claims and cross claims as to **SVI CORPORATION**, without cost to either party as against the other.

Dated: New York, New York
October 10, 2014

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/14/14

_____
Lee D. Schneider, Esq.
MCGIVNEY & KLUGER, P.C.
Attorneys for Defendant,
**SVI CORPORATION**
80 Broad Street – 23rd Floor
New York, New York 10004
(212) 509-3456

Dated: 10/14/2014

_____
John E. Herrick, Esq.
MOTLEY RICE, LLC
Attorneys for Plaintiffs
28 Bridgeside Boulevard
Mount Pleasant, South Carolina, 29464
(843) 216-9000

_____
United States District Judge

{N0354990-1}